IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLINTON J. MORRIS,<br><br>Defendant. | 6:23-PO-05034-KLD<br>Violation Number: F01E001L<br><br>6:23-PO-05041-KLD<br>Violation Number : F01E001M<br><br>Location Code: M5<br><br>JUDGMENT |

Defendant Clinton Morris appeared before the Court for a bench trial on November 8, 2023. Defendant was found **GUILTY** of the following charge: **F01E001L**, operating or possessing a snowmobile in a closed area in violation of 36 C.F.R. § 261.14. Defendant was found **NOT GUILTY** of the following charge: **F01E001M**, entering any building, structure, or enclosed area owned or controlled by the United States when such building, structure, or enclosed area is not open to the public in violation of 36 C.F.R. § 261.9E.

The Court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1. Defendant must pay a $100 fine, a $10.00 special assessment, a $30.00 processing fee for violation F01E001L, for a total amount due of $140.00. Defendant may pay by check or credit card payable to "U.S. Courts – CVB" and mailed to Central Violations Bureau, P.O. Box 780549, San Antonio, TX 78278. Alternatively, Defendant may pay online at www.cvb.uscourts.gov. Payment shall be made by December 21, 2023, unless a payment plan is set up with the Clerk of Court.

2. Pursuant to 18 U.S.C. §§ 3402 and 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the judgment of conviction and sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, serving a copy of the statement upon the United States Attorney (personally or by mail), and filing a copy with U.S. Magistrate Judge Kathleen L. DeSoto. If Defendant appeals, Defendant will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10), at the time of filing the appeal. Defendant also will be required to furnish the District Court Judge with a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape, or other recording of the proceedings and a certified copy

of the docket entries which shall be transmitted promptly by the clerk of court."

Fed. R. Crim. P. 58(g)(2)(C).

DATED this 9th day of November, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge